# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

|   |   |
|---|---|
| Sarah Morris, | Case No. 3:18-cv-137-MPM-RP |
| Plaintiff, | |
| v. | |
| Jon Barry & Associates, Inc., D/B/A PARAGON REVENUE GROUP, | |
| Defendant. | |

## JON BARRY & ASSOCIATES, INC., D/B/A PARAGON REFENUE GROUP'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel for Jon Barry & Associates, Inc., D/B/A Paragon Revenue Group ("Paragon), hereby certifies, pursuant to Fed. R. Civ. P. 7.1 and L.U.Civ.R. 7(c) that Paragon is not a publicly traded entity and no publicly held corporation owns 10% or more of Paragon's stock.

Dated this the 6th day of August, 2018.

Respectfully submitted,

**JON BARRY & ASSOCIATES, INC., D/B/A PARAGON REVENUE GROUP**

By: /s/ Stephen T. Masley
Stephen T. Masley
One of its Attorneys

**OF COUNSEL:**
Stephen T. Masley (MSB #101870)
McGLINCHEY STAFFORD PLLC
1020 Highland Colony Parkway, Suite 702
Ridgeland, MS 39157
Telephone: (769) 524-2300
Facsimile: (601) 510-9788
Email: smasley@mcglinchey.com

*Attorney for Defendant, Jon Barry & Associates, Inc., D/B/A Paragon Revenue Group*

## **CERTIFICATE OF SERVICE**

I, the undersigned Stephen T. Masley, McGlinchey Stafford PLLC, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

NONE

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

Sarah Morris
11594 Old Highway 61 N
Apt. 8D
Robinsonville, MS 38664

*Pro Se* Plaintiff

THIS, the 6th day of August, 2018.

                                                     s/ Stephen T. Masley
                                                    Stephen T. Masley