**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## NOTICE

**SARAH MORRIS**

    **V.**                                        **CASE NO. 3:18CV137-MPM-RP**

**JON BARRY & ASSOCIATES, INC.**

    **TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time and place set forth below:

**Place**
U.S. FEDERAL BLDG.
**Oxford**, MS 38655

**Room No.**
911 Jackson Ave., Room 242

**Date and Time**
**September 5, 2019 at 11:00 a.m.**

**Type of Proceeding**

**FINAL PRETRIAL CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY**

                                                      DAVID CREWS
                                                      Clerk of Court

                                                      /s/ Rebekah Capps
                                                      Courtroom Deputy

Date: August 31, 2018

       **CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**